UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA LUCIA NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-05687-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE OPENING BRIEF<br><br>(Doc. 11) |

Plaintiff Juana Lucia Nunez ("Plaintiff") initiated this action with the filing of a complaint on July 22, 2026, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). On July 23, 2026, the Court entered the scheduling order, setting forth dates and deadlines for the filing of the administrative record and of cross-motions for summary judgment. (Doc. 4.) On September 18, 2026, Defendant filed a copy of the administrative record. (Doc. 10).

On October 9, 2026, the parties filed a stipulated request for an extension of time for Plaintiff to file her opening brief (by 14 days). (Doc. 11). Counsel for Plaintiff represents that the extension is necessary because they have twelve merit briefs due in the next week. *Id.* at 1.

Based on counsel for Plaintiff's representations, the Court finds good cause to grant the request. *See* (Doc. 11).

///

**Conclusion and Order**

Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's deadline for filing a motion for summary judgment is extended from October 19, 2026, to **November 2, 2026**; and
2. The Court's Scheduling Order (Doc. 4) shall continue to govern the filing of any response and/or reply brief.

IT IS SO ORDERED.

Dated: **October 13, 2026**

UNITED STATES MAGISTRATE JUDGE